

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00100-CV

**IN THE INTEREST OF S.G.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA00587
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori Massey Brissette, Justice
                H. Todd McCray, Justice

Delivered and Filed: April 2, 2025

DISMISSED

Appellant, M.P., has filed a "Notice of Intention to Withdraw Appeal," in which she states that she "does not desire to move forward with this appeal," that she "desires to withdraw this appeal immediately," and that she "does not wish to advance this appeal and gives her notice to withdraw all appellate action and proceedings." We construe this notice as a motion to dismiss the appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, the motion was served on all parties and has been on file for more than 10 days, and no party has filed a response to the motion. *See* TEX. R. APP. P. 10.1(b), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* T<small>EX</small>. R. A<small>PP</small>. P. 42.1(a)(1). We dismiss any other pending motions as moot.

PER CURIAM